UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR RODAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER J. BURKE, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-1030 KJN P<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT |

　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Michael E. Vinding has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for the limited purpose of settlement and he has agreed to be appointed.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. Michael E. Vinding is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

　　　2. Michael E. Vinding's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference. Prior to the termination of the appointment, the court will accord counsel the option of proceeding as plaintiff's appointed counsel. If counsel does not wish to continue representation of plaintiff after he has carried out

1

his limited purpose, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Michael E. Vinding, Brady & Vinding, 400 Capitol Mall, Suite 2640, Sacramento, CA 95814.

Dated: August 30, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

roda1030.31a