UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR RODAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER J. BURKE, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-1030 KJN P<br><br>ORDER TO FACILITATE<br>TELEPHONE CALL |

　　　Plaintiff is a state prisoner represented by court appointed counsel Michael E. Vinding of Brady & Vinding. This case was referred to the undersigned's ADR project and stayed pending settlement negotiations. At that time, as well as by October 10, 2017, the date the order and writ of habeas corpus ad testificandum issued for plaintiff's appearance at the January 17, 2018 settlement conference, plaintiff was housed at California State Prison, Sacramento, in Represa, California. On December 6, 2017, plaintiff filed a change of address reflecting his transfer to Salinas Valley State Prison ("SVSP") in Soledad, California. (ECF No. 21.)

　　　Communication between appointed counsel and his client is required to finalize preparations for the settlement conference scheduled for January 17, 2018. By this order, the court directs the Warden and the correctional staff at Salinas Valley State Prison to facilitate a confidential telephone call between appointed counsel and inmate Nestor Rodas (F-26038).

1

In accordance with the above, IT IS HEREBY ORDERED:

1. The Warden, litigation coordinator, and other correctional staff as needed at Salinas Valley State Prison, shall facilitate a confidential telephone call between Nestor Rodas and his attorney.

2. The confidential telephone call shall be placed on Tuesday, January 9, 2018, to begin at 11:00 a.m., and shall continue, without interruption, for a maximum of 90 minutes or until completed, whichever is earlier. Correctional staff shall initiate the phone call by calling Mr. Vinding at (916) 273-1734.

3. The telephone conversation shall be a confidential communication between attorney and client and conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep inmate Rodas under visual surveillance during the conversation.

4. Failure to comply with this order may result in an order requiring the Warden of Salinas Valley State Prison, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

5. The Clerk of the Court is ordered to serve this order by facsimile (831) 678-5544 and email on the Warden and litigation coordinator at Salinas Valley State Prison.

Dated: January 4, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/roda1030.tel.set